IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

HISCOX INSURANCE CO., INC.,  )
    )
    Plaintiff,  )
    )
    v.  )    CASE NO. 3:25-cv-00528-BL-SMD
    )
INTERNATIONAL PROTECTION  )
INVESTIGATION AGENCY, et al.,  )
    )
    Defendant.  )

## ORDER

On December 2, 2025, the Magistrate Judge recommended, (doc. 24), that the court deny the Defendants' motion to join Petra RMS, LLC as an indispensable party, (doc. 11), and deny the Defendants' conditional motion to dismiss for lack of subject matter jurisdiction, (doc. 12). The Magistrate Judge set a December 16, 2025, deadline for the parties to file objections to the recommendation. (Doc. 24). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Defendants' motion to join Petra as an indispensable party is **DENIED,** (doc. 11); and

2. The Defendants' conditional motion to dismiss for lack of subject matter jurisdiction is **DENIED**, (doc. 12).

As stated in the court's August 13, 2025, order, (doc. 15), the Defendants shall file their responsive pleadings within 14 days of this order, which is on or before March 11, 2026.

**DONE** and **ORDERED** on this the 25th day of February, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE